MIED (Rev. 04/06/04) Notice of Appeal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALISON PATRICIA TAYLOR, on behalf of herself
and a class of all others similarly situated,

        Plaintiff(s),

v.

CITY OF SAGINAW and TABITHA HOSKINS,
sued in her official and individual capacities

        Defendant(s).
_____/

Case No. 17-cv-11067

Judge Thomas L. Ludington

Magistrate Judge

## NOTICE OF APPEAL

Notice is hereby given that ALISON PATRICIA TAYLOR, on behalf of herself (& the class) appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on September 15, 2017.

Date: September 15, 2017

Counsel is: RETAINED

/s/ Philip L. Ellison

P74117
Outside Legal Counsel PLC
PO Box 107
Hemlock, MI 48626
(989) 642-0055
pellison@olcplc.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.