# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 31, 2018

Mr. Philip Lee Ellison
Philip L. Ellison
P.O. Box 107
Hemlock, MI 48626

Mr. Gregory William Mair
Mr. Brett T. Meyer
O'Neill, Wallace & Doyle
300 St. Andrews Road, Suite 302
Saginaw, MI 48605

Re: Case No. 17-2126, *Alison Taylor v. City of Saginaw, et al*
Originating Case No. : 1:17-cv-11067

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Robin L. Johnson
Case Manager
Direct Dial No. 513-564-7039

cc: Mr. David J. Weaver

Enclosure

Case No. 17-2126

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ALISON PATRICIA TAYLOR

    Plaintiff - Appellant

v.

CITY OF SAGINAW; TABITHA HOSKINS

    Defendants - Appellees

Upon consideration of appellees' motion to postpone oral argument,

It is **ORDERED** that the motion be, and hereby is **GRANTED**. The argument will be rescheduled at a time to be later announced.

**ENTERED BY ORDER OF THE COURT**
Deborah S. Hunt, Clerk

Issued: January 31, 2018