UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALISON PATRICIA TAYLOR,

          Case Number 17-cv-11067

    Plaintiff,

          Honorable Thomas L. Ludington

vs.

CITY OF SAGINAW and TABITHA HOSKINS,

    Defendants.
_____/

**JUDGMENT**

Pursuant to the opinion and order granting Defendants' Motion for Summary Judgment,

It is **ORDERED AND ADJUDGED** that Plaintiff's Amended Complaint, ECF No. 9, is **DISMISSED WITH PREJUDICE**.

Dated: June 9, 2020

          s/Thomas L. Ludington
          THOMAS L. LUDINGTON
          United States District Judge