UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Alison Patricia Taylor

        Plaintiff(s),

v.

City of Saginaw and Tabitha Hoskins, sued in her official and individual capacities

        Defendant(s).
_____/

Case No. 1:17-cv-11067

Judge Thomas L. Ludington

Magistrate Judge Patricia T. Morris

## NOTICE OF APPEAL

Notice is hereby given that **City of Saginaw and Tabitha Hoskins** appeals to the United States Court of Appeals for the Sixth Circuit from the ☐ Judgment ☑ Order

Other: ☐ : Please see attached document

entered in this action on **June 9, 2020**

Date: June 22, 2020

Counsel is: RETAINED

/s/KAILEN C. PIPER

82865
Kailen C. Piper
300 St. Andrews Rd. Suite 302
48638
989-790-0960
kpiper@owdpc.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ALISON PATRICIA TAYLOR,<br><br>Plaintiffs,<br><br>v<br><br>CITY OF SAGINAW and TABITHA HOSKINS, sued in her official and individual capacities,<br><br>Defendants. | ) Case No. 1:17-cv-11067<br>)<br>) HON. THOMAS L. LUDINGTON<br>) MAG. PATRICIA T. MORRIS<br>) |

**ATTACHMENT TO NOTICE OF APPEAL, MIED (REV. 04/09/06)**

Other: Defendants appeal the District Court's Order regarding only (1) whether a search occurred, (2) whether the alleged search was reasonable under other applicable exceptions to the warrant requirement, not limited to administrative search, and (3) whether Defendants are liable under §1983, including qualified immunity as to Defendant Hoskins.

Dated: June 23, 2020

/s/KAILEN C. PIPER (P82865)
Attorney for Defendants