UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALISON PATRICIA TAYLOR,
on behalf of herself and all others
similarly situated,

        Plaintiff,              Case No. 1:17-cv-11067

v.                                          Honorable Thomas L. Ludington
                                            United States District Judge

CITY OF SAGINAW
and TABITHA HOSKINS,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered today;

It is **DECLARED** under the Declaratory Judgment Act, 28 U.S.C. § 2201, and Federal Rule of Civil Procedure 57, that Defendant's practice of marking vehicle tires with chalk without a warrant or individualized suspicion of wrongdoing is **UNCONSTITUTIONAL** under the Fourth Amendment to the United States Constitution.

Further, it is **ORDERED** that Defendants are **DIRECTED** to pay forthwith nominal damages of **$1.00** to each member of the subclass, as defined in *Taylor v. City of Saginaw*, No. 1:17-CV-11067, 2022 WL 202999, at *1–2 (E.D. Mich. Jan. 21, 2022), for each time that Defendants marked such members' vehicles with chalk.

**This is a final judgment and closes the case.**


Dated: August 8, 2022                                    s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge